■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL SANCHEZ, Appellant. — Appeal by defendant from a resentence of the Supreme Court, Kings County (Marano, J.), imposed November 20, 1979, resentencing him pursuant to section 60.09 of the Penal Law, the resentence being a term of imprisonment of four and one-half years to life. Resentence affirmed. The defendant's judgment of conviction has previously been affirmed by this court (*People v Sanchez,* 63 AD2d 989). The resentence is neither unduly harsh nor excessive. We agree with appellant's assigned counsel that there are no meritorious grounds which could be raised on this appeal. Counsel's application for leave to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; cf. *People v Gonzalez,* 47 NY2d 606.) Mollen, P. J., Gibbons, Weinstein and Rubin, JJ., concur.

30 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS WILLIAMS, Appellant. — Appeal by defendant from two judgments of the Supreme Court, Kings County (Felig, J.) both rendered September 4, 1980, convicting him of attempted robbery in the first degree and grand larceny in the third degree, upon his pleas of guilty, and imposing sentences. Judgments affirmed. By not raising the issue before Criminal Term, defendant has failed to preserve for appeal his challenge to the validity of his guilty pleas (see *People v Pellegrino,* 60 NY2d 636; *People v Warren,* 47 NY2d 740). Mangano, J. P., Gibbons, Weinstein and Brown, JJ., concur.